[No. 7357-9-II. Division Two. October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
L. WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83-1-00169-1, Terence Hanley, J., entered
October 4, 1983. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Reed, J.

[No. 7434-6-II. Division Two. October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
J. HALTOM, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 6475, Gerald B. Chamberlin, J., entered
September 30, 1983. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Petrich, J.

[No. 7502-4-II. Division Two. October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
J. HALTOM, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 6506, Gary W. Velie, J., entered November
14, 1983. *Affirmed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 8344-7-II. Division Two. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v.
ANGEL HOFF, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 79-1-00200-7, Carol A. Fuller, J., entered
December 1, 1982. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Petrich, JJ.